# Morgan Lewis

## MEMORANDUM ENDORSED

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

February 25, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/22
```

**VIA ECF**

Hon. Gregory H. Woods
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 12C
New York, NY 10007-1312

> Re: **Doncouse v. 131 Spring Fee Owner LLC et al., Case No. 22-cv-00822-GHW**
> **Request to Extend Burberry's Time to Respond to the Complaint**

Dear Judge Woods:

We represent defendant Burberry Limited ("Burberry") in connection with the above-referenced action. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we write with the consent of counsel for Plaintiff Graciela Doncouse ("Plaintiff") respectfully to request that Burberry's time to respond to the Complaint be extended from March 1, 2022 to March 31, 2022. This is Burberry's first request for an extension of time to respond to the Complaint. In support of this request, counsel for Burberry states that Burberry and Plaintiff are engaged in discussions about a possible early resolution of this action. If granted, this requested extension will allow the parties to focus on those efforts, rather than on pleadings and litigation. As noted above, Plaintiff's counsel has consented to this request. If granted, this requested extension will not affect any other dates scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming
*Attorney for Burberry*

C: All Counsel of Record (via ECF)

Application granted. The deadline for defendant Burberry to answer or otherwise respond to the complaint is extended to March 31, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: February 25, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060      ☏ +1.212.309.6000
United States                  ✆ +1.212.309.6001