```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
GRACIELA DONCOUSE,                                               :
                                                                 :
                                    Plaintiff,                   :     1:22-cv-00822-GHW
                                                                 :
                  -v -                                           :     ORDER
                                                                 :
BURBERRY LIMITED and 131 SPRING FEE                              :
OWNER LLC,                                                       :
                                                                 :
                                    Defendant(s).                :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled for May 12, 2022 is adjourned to June 9, 2022 at 2:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The joint status letter and proposed case management plan described in the Court's February 2, 2022 order are due no later than June 2, 2022.

The deadline for the defendants to answer or otherwise respond to the complaint is extended to May 27, 2022.

SO ORDERED.

Dated: April 26, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge